JULIUS SHAPIRO, as Administrator, etc., of SAMUEL SHAPIRO, Deceased, Respondent, v. JEWISH BOARD OF GUARDIANS, Appellant, and THE CITY OF NEW YORK, Defendant.— In an action brought to recover damages for death caused by wrongful act, neglect or default, the appealing defendant moved for judgment on the pleadings. Order denying motion affirmed, with ten dollars costs and disburse-

ments.  No opinion.  Hagarty, Carswell, Davis, Adel and Close, JJ., concur.  [165 Misc. 581.]